IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

REBECCA HERNANDEZ COLON

DEBTOR

CASE NO 15-03097-ESL

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, REBECCA HERNANDEZ COLON,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor is hereby submitting a proposed amended Plan, dated August 18, 2015, herewith and attached to this motion.

2. This proposed amended Plan is filed to provide for the post-petition payment pertaining to May, 2015, owed to Firstbank Puerto Rico, and to cure the arrears owed to the Trustee.

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated August 18, 2015.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor in the above captioned case, and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 18th day of August, 2015.

*/s/ Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726-0186
TEL NO. (787) 744-7699 FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. **3:15-bk-3097**

**HERNANDEZ COLON, REBECCA**  Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **8/18/2015**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 0.00 | x | 1 | = $ | 0.00 |
| $ | 175.00 | x | 11 | = $ | 1,925.00 |
| $ | 275.00 | x | 28 | = $ | 7,700.00 |
| $ | 725.00 | x | 20 | = $ | 14,500.00 |
| $ | | x | | = $ | |

TOTAL: $ **24,125.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **24,125.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,893.00**

Signed: **/s/ REBECCA HERNANDEZ COLON**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **First Bank De Puerto** Cr. **First Bank De Puerto** Cr. _____
# **Claim 1-1** # **7826 Post-petition** # _____
$ **17,236.80** $ **718.20** $ _____

2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**First Bank De Puerto**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
* Debtor to provide Adequate Protection Payments to First Bank PR through the Trustee in the sum of $100.00 per month until confirmation.
* After confirmation of Plan Trustee will pay Firstbank PR equal monthly payments concurrently with the attorney's fees.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing      FIRSTBANK PR                          US Bankruptcy Court District of P.R.
0104-3                               PO BOX  9146                          Jose V Toledo Fed Bldg & US Courthouse
Case 15-03097-ESL13                  SAN JUAN, PR 00908-0146               300 Recinto Sur Street, Room 109
District of Puerto Rico                                                    San Juan, PR 00901-1964
Old San Juan
Tue Aug 18 12:44:24 AST 2015

ASPIRE RESOURCES INC OBO             AT&T Mobility Puerto Rico, Inc        American InfoSource LP as agent for
OF US DEPARTMENT OF EDUCATION        % AT&T Services, Inc                  T Mobile/T-Mobile USA Inc
6775 VISTA DRIVE WEST DES MOINES     Karen Cavagnaro, Paralegal            PO Box 248848
IA 50266-9305                        One AT&T Way, Room 3A104              Oklahoma City, OK  73124-8848
                                     Bedminster, NJ 07921-2693

Att Services                         Dept Of Ed/Aspire Reso                FIRST BANK
PO Box 192830                        PO Box 65970                          CONSUMER SERVICE CENTER
San Juan, PR 00919-2830              West Des Moine, IA 50265-0970         BANKRUPTCY DIVISION - CODE 248
                                                                           PO BOX 9146, SAN JUAN PR 00908-0146


GE Capital Retail Bank               JC Penney                             Lcdo Reinaldo Rodriguez Ojeda
120 Corporate Blvd Ste 1             PO Box 364788                         Civil Num: ECDI2014-782
Norfolk, VA 23502-4962               San Juan, PR  00936-4788              PO Box 363907
                                                                           San Juan, PR  00936-3907


(p)PORTFOLIO RECOVERY ASSOCIATES LLC T-mobile                              ALEJANDRO OLIVERAS RIVERA
PO BOX 41067                         12920 Se 38th Stre                    ALEJANDRO OLIVERAS CHAPTER 13 TRUS
NORFOLK VA 23541-1067                Bellevue, WA 98006-7305               PO BOX 9024062
                                                                           SAN JUAN, PR 00902-4062


MONSITA LECAROZ ARRIBAS              REBECCA HERNANDEZ COLON               ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)       PO BOX 1091                           PO BOX 186
OCHOA BUILDING                       SAN LORENZO, PR 00754-1091            CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Portfolio Rc                         End of Label Matrix
120 Corporate Blvd Ste 1             Mailable recipients    17
Norfolk, VA  23502-4962              Bypassed recipients     0
                                     Total                  17
```